UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-4277 (8:12-cr-00086-RWT-2)

UNITED STATES OF AMERICA,
Plaintiff - Appellee

v.

SAMUEL BRAXTON,
Defendant - Appellant

----------

No. 13-4642 (8:12-cr-00086-RWT-8)

UNITED STATES OF AMERICA,
Plaintiff - Appellee

v.

KEVIN BROWN,
Defedant-Appellant

)  **APPELLANT BRAXTON'S**
)  **UNOPPOSED MOTION FOR**
)  **DECONSOLIDATION**
)  **(OF COURT-ORDERED**
)  **CONSOLIDATED APPEAL)**

Appellant Samuel Braxton ("Braxton"), by his attorney, Steven H. Jesser, Attorney at Law, P.C., (Jesser) hereby moves for a <u>deconsolidation</u> of his appeal with another and unrelated appellant, Kevin Brown (Brown), for the reasons below:

1. *Sua sponte*, the Court ordered on 9/4/2013, consolidation of these two unrelated appeals. Both appellants, however, were party to the same district court indictment. In this Court's order, Doc. 21 in the record, the Court did not explain why it was consolidating these two separate appeals.

1

2. To Jesser's knowledge, Braxton does not, and has not, know(n) Brown. Jesser has not studied the district court record of the Brown case.

3. Braxton's brief and joint appendix is <u>due 2/12/2014.</u>

4. The assignment of error which Jesser is attempting to develop for Braxton is unrelated to whatever assignment(s) of error, if any, counsel Mr. Kiersh is developing for Mr. Brown.

5. Having to work with Mr. Kiersh on unrelated assignments of error for a joint brief and joint appendix is unwieldy, Jesser herein urges the Court.

6. Braxton pled guilty and was sentenced and is incarcerated. Brown did so, as well. That is all that they have in common. Their pleas and sentences are unrelated.

7. A joint brief and appendix would be inefficient and confusing for all concerned.

8. Jesser has conferred with Mr. Kiersch and opposing counsel (for the United States) Ms. Sproule, and they both support, and do not oppose, the motion herein.

9. Jesser would have filed earlier the motion herein, but had not understood until now that consolidation requires a joint (with Mr. Kiersh) intial appellant's brief and joint appendix, which Jesser has urged above is unwieldy, etc.

## **AFFIDAVIT**

Steven H. Jesser, the attorney, certifies that the foregoing and within statements are true and correct, according to his knowledge.

/s/ Steven H. Jesser
Steven H. Jesser

/s/ Steven H. Jesser
Attorney for the Appellant

Date: January 26, 2014

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2014 I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF user:

Arun G. Rao: arun.rao@usdoj.gov

Christen A. Sproule: christen.sproule@usdoj.gov

Steve Kiersh: skiersh@aol.com

By: /s/ Steven H. Jesser
Steven H. Jesser, Attorney at Law, P.C.
2700 Glenview Road, Suite 250
Glenview, IL 60026-8021(filed 1/10/14)
(847) 424-0200
shj@sjesser.com