FILED: January 27, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4277 (L)

(8:12-cr-00086-RWT-2)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

SAMUEL BRAXTON, a/k/a Fats

  Defendant - Appellant

_____

O R D E R

_____

The court denies the motion to deconsolidate further proceedings on appeal in these cases.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk